**RECORD NOS. 14-4191**

In The
# United States Court Of Appeals
# For The Fourth Circuit

**UNITED STATES OF AMERICA,**

*Plaintiff – Appellee,*

v.

**REGINALD ANDERSON,**

*Defendant – Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

———————

**BRIEF OF APPELLANT**

———————

**J. Steven Hunter**
**STEVE HUNTER & ASSOCIATES, L.C.**
**209 North Court Street**
**Lewisburg, WV 24901**
**(304) 645-4622**

*Counsel for Appellant*

# TABLE OF CONTENTS

**PAGE:**

TABLE OF AUTHORITIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ii

PREAMBLE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

STATEMENT OF JURISDICTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

STATEMENT OF ISSUE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

      Whether the district court erred in imposing a variant sentence eight months above the Sentencing Guidelines? . . . . . . . . . . . . . . . . . . . . . . . . . . 1

STATEMENT OF THE CASE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

      A.    Nature of The Case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

      B.    Proceedings Below . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

SUMMARY OF THE ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

      Whether the district court erred in imposing a variant sentence eight months above the Sentencing Guidelines? . . . . . . . . . . . . . . . . . . . . . . . . . . 3

ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

    Standard of Review . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

    Discussion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

STATEMENT REGARDING ORAL ARGUMENT . . . . . . . . . . . . . . . . . . . . . 5

# **TABLE OF AUTHORITIES**

**PAGE(S):**

**CASES:**

*Anders v. California*,
  386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967) . . . . . . . . . . . *passim*

*McCoy v. Wisconsin*,
  486 U.S. 429, 108 S. Ct. 1895, 100 L. Ed. 2d 440 (1988) . . . . . . . . . . . . . . 4

*Penson v. Ohio*,
  488 U.S. 75, 109 S. Ct. 346, 102 L. Ed. 2d 300 (1988) . . . . . . . . . . . . . . . 4

*U.S. v. Hernadez-Villanueva*,
  473 F.3d 118 (4th Cir. 2007) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

*U.S. v. Washington*,
  Case Number 13-4132 (4th Cir. 2014) . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

**STATUTES:**

18 U.S.C. § 3742 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

21 U.S.C. § 922(g)(1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

21 U.S.C. § 924(a)(2) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

**RULE:**

FRAP 4(b) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

## PREAMBLE

I have submitted this brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). After having carefully examined this record and after having researched the relevant statutes and case law, I have concluded that this appeal presents only legally frivolous issues. Therefore, I request the Court's permission to withdraw as attorney of record and to allow appellant Reginald Anderson to file any further briefs he deems necessary with this Court.

## STATEMENT OF JURISDICTION

This is an appeal of the sentence, in a case in which Reginald Anderson entered a guilty plea to possession of a firearm by a convicted felon in violation of Title 21, United States Code, Sections 922(g)(1) and 924(a)(2). This Court exercises appellate jurisdiction pursuant to Title 18, United States Code, Section 3742. Notice of appeal was filed in accordance with Federal Rule of Appellate Procedure 4(b).

## STATEMENT OF ISSUE

**Whether the district court erred in imposing a
variant sentence eight months above the Sentencing Guidelines?**

My review of the record reveals no issues which can be advanced in good faith. One arguable point the Appellant wanted to raise is discussed below:

## STATEMENT OF THE CASE

    A.    **Nature of The Case**

This *Anders* brief arises out of felony charges brought against Reginald Anderson for Conspiracy to distribute a quantity of oxycodone and Possession of a firearm by a convicted felon. Reginald Anderson entered a guilty plea to the charge of a felon in possession of a firearm and in return the Conspiracy to distribute oxycodone was dismissed.

    B.    **Proceedings Below**

Reginald Anderson entered a guilty plea to the charge of a felon in passion of a firearm and in return the Conspiracy to distribute oxycodone was dismissed. Following the preparation of a presentence investigation the Court at the Sentencing hearing (See Transcript) sentenced the Defendant to: (1) a variant sentence [above the guideline range of 10 to 16 months] of 24 months confinement for the firearm possession offense, and; (2) a term of three years' supervised release. Notice of Appeal was filed March 7, 2014. This appeal follows.

## SUMMARY OF THE ARGUMENT

**Whether the district court erred in imposing a variant sentence eight months above the Sentencing Guidelines?**

Appellate counsel is thoroughly familiar with the record and has represented the Defendant throughout this matter and the Defendants criminal history cited by the court as the reason for a variant history and based on many court rulings has identified only frivolous appellate issues. Counsel has raised the only issue objected to by the Appellant, as to the variant sentence imposed and feels that issue is incapable of securing relief under the law, however.

## ARGUMENT

### Standard of Review

The standard of review of an *Anders* submission is de novo of the entire record and all pertinent documents. *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967). The only objection the Appellant has is to the reasonableness of his sentence. Thus it is felt that the Sentencing transcript, the Courts Statement of Reasons and Presentence Investigation.

3

**Discussion**

This brief is submitted to the Court pursuant to the decision in *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967), as more fully explained in *McCoy v. Wisconsin*, 486 U.S. 429, 108 S. Ct. 1895, 100 L. Ed. 2d 440 (1988) and *Penson v. Ohio*, 488 U.S. 75, 109 S. Ct. 346, 102 L. Ed. 2d 300 (1988). Counsel for the Appellant has determined, after a conscientious examination of the whole record that Mr. Anderson has no meritorious grounds for appeal. Nonetheless, this brief is submitted to fulfill the Appellant's desire to pursue an appeal from his sentence. Counsel has also examined this courts decision in *U.S. v. Washington*, Case Number 13-4132 (4th Cir. 2014) decided February 28, 2014 citing *U.S. v. Hernadez-Villanueva*, 473 F.3d 118, 123 (4th Cir. 2007) wherein it was held ". . . that a sentence three times the high end of the advisory sentencing guidelines was reasonable."

**CONCLUSION**

Appellant respectfully asks the Court of Appeals for the Fourth Circuit to review the record of the sentencing and carefully to determine if there are issues of merit which may be raised and which would warrant the Court's vacating the district court's Sentence.

4

## **STATEMENT REGARDING ORAL ARGUMENT**

I am not requesting oral argument. Further, I have moved to withdraw and have filed this brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). After careful study of the record and the applicable law, I believe that this case presents only frivolous appellate issues.

Respectfully submitted, this the 5th day of May 2014

J. STEVEN HUNTER
J. Steven Hunter WVSB 1826
Steve Hunter Associates, L.C.
209 North Court Street
Lewisburg, WV  24901
Phone (304) 645-4622

*Counsel for Appellant*

# CERTIFICATE OF COMPLIANCE WITH RULE 32(a)

## Certificate of Compliance with Type-Volume Limitation, Typeface Requirements, and Type Style Requirements

1. This brief complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) because:

    this brief contains <u>712</u> words, excluding the parts of the brief exempted by Fed. R. App. P. 32(a)(7)(B)(iii).

2. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

    this brief has been prepared in a proportionally spaced typeface using <u>WordPerfect</u> in <u>14 point Times New Roman</u>.

/s/ J. Steven Hunter
J. Steven Hunter

*Counsel for Appellant*

Dated: May 5, 2014

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on May 5, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

>Miller A. Bushong, III
>OFFICE OF THE UNITED STATES ATTORNEY
>110 North Heber Street
>Room 261
>Beckley, WV  25801
>(304) 253-6722
>
>*Counsel for Appellee*

I further certify that one copy of the brief was mailed to the Defendant at his last known address of:

>Reginald Anderson  Register Number: 6535
>MDC Brooklyn
>80 29th  Street
>Brooklyn, NY 11232

The necessary filing and service were performed in accordance with the instructions given to me by counsel in this case.

>/s/ Shelly N. Gannon
>Shelly N. Gannon
>GIBSON MOORE APPELLATE SERVICES, LLC
>421 East Franklin Street, Suite 230
>Richmond, VA  23219